UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FILED
MAR 1 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00321 JF |
| Plaintiff, | [PROPOSED] |
| v. | ORDER TO AMEND JUDGMENT |
| DONALD EUGENE CALLAWAY, MAY ELIZABETH FOURNIER, | |
| Defendants. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the judgments for defendants Donald Eugene Callaway and May Elizabeth Fournier shall be amended to reflect joint and several liability for restitution in the amount of $10,717.65 as set forth in attached Exhibit A.

Dated: 3-9-06

Hon. Jeremy Fogel
United States District Court Judge

RECEIVED
MAR 0 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ORDER FOR AMENDED JUDGMENT
CASE NO. No. CR 05-00321 JF